IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN POWER TOWER LLC, | ) | CASE NO. 1:23-cv-1239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| KEE INDUSTRIES, INC., *et al.*, | ) | **DISMISSAL ORDER** |
| | ) | |
| Defendants. | ) | |

On October 18, 2023, the Court assisted the parties in reaching a resolution during the case management conference. The case is dismissed with prejudice, with each party to bear its own costs. The Court retains jurisdiction to ensure that the settlement agreement is executed.

Notice by the Clerk of Courts is hereby waived.

Dated: October 18, 2023

_____
United States District Judge

_____
Representative for Plaintiff

_____
Counsel for Plaintiff

_____
Representative for Defendant

_____
Counsel for Defendant

1